UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| HOLLEY MILLER, on behalf of herself and others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>FLOWERS BAKING CO. OF OHIO, LLC, et al.<br><br>   Defendants. | CASE NO. 3:17-CV-725-JGC<br><br>JUDGE JAMES G. CARR<br><br>**JOINT MOTION FOR APPROVAL OF SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE** |

  The Parties respectfully move this Honorable Court to review the Parties' Release and Settlement Agreement (the "Settlement"), attached hereto as Exhibit 1, and for an Order approving the Settlement as fair and reasonable. In support of this motion, the Parties state:

  1. Representative Plaintiff Holley Miller commenced the Action on behalf of herself and all others similarly situated to her with respect to the claims she asserted.

  2. On April 7, 2017, Plaintiff filed her Complaint and alleged that Defendant Flowers Baking Co. of Ohio, LLC violated the overtime provisions of the Fair Labor Standards Act ("FLSA") and the Ohio Minimum Fair Wage Standards Act ("OMFWSA") by failing to pay Plaintiff and other similarly-situated employees for all time worked and overtime compensation at the rate of one and one-half times their regular rates of pay for all of the hours they worked over 40 each workweek.

  3. On August 22, 2017, Plaintiff filed her Amended Complaint, adding Personnel Outsource Solutions, Inc. and Ambassador Personnel, Inc. as Defendants.

  4. On August 14, 2018, Plaintiff filed her Second Amended Complaint to exclude

her Rule 23 claims under Ohio law.

5. The Parties engaged in substantial investigation and informal discovery prior to negotiating the Settlement. Prior to filing the Action, Plaintiff's Counsel performed a significant amount of research and factual investigation of the claims to set forth factually specific allegations in the Complaint and Amended Complaints for the Court and Defendants.

6. The Parties stipulated to conditional certification and issuance of notice to the putative class members. On February 9, 2018, Plaintiff's counsel mailed the notice and consent form to putative class members, and the notice period closed on March 26, 2018.

7. Following the close of the notice period, the FLSA Class consisted of Representative Plaintiff and 41 Opt-in Plaintiffs.

8. In June 2018, the Parties engaged in an informal yet comprehensive exchange of information regarding Plaintiff's claims and Defendants' defenses to such claims. This included a complete analysis and calculations of Plaintiff's and Opt-In Party Plaintiffs' alleged overtime damages.

9. The Parties engaged in extensive legal discussion, which included numerous and lengthy discussions and written communications between counsel for the Parties.

10. On July 30, 2018, the Parties participated in a mediation with Mediator and former Cuyahoga County Court of Common Pleas Judge Peggy Foley Jones, during which the Parties reached an agreement to settle the Action on the terms set forth in the Release and Settlement Agreement attached hereto as Exhibit 1.

11. The Parties agree that bona fide disputes exist between the Parties, including whether Plaintiffs were properly compensated under the FLSA and whether they are entitled to their claimed overtime compensation under the FLSA. Furthermore, there is a bona fide dispute

over whether the two-year or three-year statute of limitations applies and whether Plaintiffs would be entitled to liquidated damages as Defendants claim they did not act willfully and have a good faith defense.

12. The Settlement covers employees who opted into the Action and consented to be bound by any settlement reached by the Parties.

13. Plaintiffs' Individual Payments are based proportionally on each Plaintiffs' alleged overtime damages during the Released Period.

14. Plaintiffs' counsel Anthony J. Lazzaro believes that the proposed Settlement is in the best interests of Representative Plaintiff and the Opt-In Party Plaintiffs. *See* Exhibit 2.

15. The proposed Settlement is contingent upon the Court's review and approval of it and issuance of an Order approving the Settlement as fair and reasonable.

16. The Parties, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and based upon the attached Settlement, hereby stipulate to the dismissal of this case with prejudice. Except as otherwise provided in the Settlement, the Parties agree to bear their own attorneys' fees and costs. The Parties request that the Court retain jurisdiction to enforce the terms of the Settlement.

WHEREFORE, the Parties request that the Court review the Settlement and issue an Order (*see* Exhibit 3) approving it as fair and reasonable, and that this case be stipulated as dismissed with prejudice.

Respectfully submitted,

<div style="display: flex;">

<div>

*/s/ Anthony J. Lazzaro*
Chastity L. Christy (0076977)
Anthony J. Lazzaro (0077962)
Lori M. Griffin (0085241)
The Lazzaro Law Firm, LLC
920 Rockefeller Building
614 W. Superior Avenue
Cleveland, Ohio 44113
Phone: 216-696-5000
Facsimile: 216-696-7005
anthony@lazzarolawfirm.com
chastity@lazzarolawfirm.com
lori@lazzarolawfirm.com

*/s/ Hans A Nilges*
Hans A. Nilges (0076017)
Shannon M. Draher (0074304)
7266 Portage Street N.W., Suite D
Massillon, Ohio 44646
Phone:  (330) 470-4428
Facsimile: (330) 754-1430

Attorneys for Plaintiffs

</div>

<div>

*/s/Monica L. Lacks*
John Gerak (0075431)
Monica L. Lacks (0078649)
Ogletree Deakins Nash Smoak & Stewart, P.C.
127 Public Square
4100 Key Tower
Cleveland, Ohio 44114
216.241.6100
216.357.4733 Fax
john.gerak@ogletree.com
monica.lacks@ogletree.com

*/s/ Margaret S. Hanrahan*
Margaret Santen Hanrahan (GA BPR # 578314)
(admitted pro hac vice)
191 Peachtree Street NE, Suite 4800
Atlanta, GA 30303
404.881.1300
and
201 South College Street, Suite 2300
Charlotte, NC 28244
704.342.2588
maggie.hanrahan@ogletree.com

*/s Lauren H. Zeldin*
Lauren H. Zeldin (GA Bar No. 368999)
(admitted pro hac vice)
191 Peachtree Street, NE Suite 4800
Atlanta, GA 30303
404.881.1300
lauren.zeldin@ogletree.com

C*ounsel for Defendant Flowers Baking Co. of Ohio, LLC*

*/s/Sheila Mckeon*
Sheila A. Mckeon (Ohio Bar No.: 0012067)
Gallagher Sharp
420 Madison Avenue, Suite 1250
Toledo, Ohio 43604
T: 419.241.4860
F: 419.241.4866
E: smckeon@gallaghersharp.com

*Counsel for Defendant Ambassador Personnel, Inc.*

</div>
</div>

4

*/s/Jason Willcox*
C. Jason Willcox (admitted Pro Hac Vice)
Georgia Bar No.: 760322
Moore Clark DuVall & Rodgers
2829 Old Dawson Road
Albany, Georgia 31707
T: 229.888.3338
F: 229.888.1191
E: jwillcox@mcdr-law.com

*Counsel for Defendant Ambassador Personnel, Inc.*

*/s/ Roy A. Hulme*
ROY A. HULME (0001090)
TAYLOR C. KNIGHT (0089531)
Reminger Co., L.P.A.
One SeaGate, Suite 1600
Toledo, OH 43604
Phone: (419) 245-3759
Fax: (419) 243-7830
rhulme@reminger.com
tknight@reminger.com

*Counsel for Defendant Personnel Outsource Solutions, Inc*

Case: 3:17-cv-00725-JGC  Doc #: 46  Filed:  08/28/18  6 of 6.  PageID #: 285

## CERTIFICATE OF SERVICE

  I hereby certify that on August 28, 2018, a copy of the foregoing *Joint Motion For Approval Of Settlement And Stipulation Of Dismissal With Prejudice* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

                /s/ Anthony J. Lazzaro
                Anthony J. Lazzaro